UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO.: 12-cv-60229

ILALDI INVESTMENTS, LLC,
KEMAL ILALDI and MUGE ILALDI,

    Plaintiffs,

vs.

BENJAMIN RODRIGUEZ, NICOLE RODRIGUEZ
ANGELINE DOZIER, LUCA SARTINI, LUIGI
"JIMMY" PALMA, UNKNOWN CO-CONSPIRATOR
MEDFIX, LLC, NEURO ORTHO GROUP, P.A.,
URGENT CARE & SURGERY CENTER, INC., STEVEN
GELBARD, M.D., JORGE GAVIRIA-LONDONO, M.D.,
and ANDREW WALKER,

    Defendants.
_____/

## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446 (2012)

Defendants, BENJAMIN RODRIGUEZ, NICOLE RODRIGUEZ, ANGELINE DOZIER, LUCA SARTINI, LUIGI "JIMMY" PALMA, MEDFIX, LLC, URGENT CARE & SURGERY CENTER, JORGE GAVIRIA-LONDONO, M.D., AND ANDREW WALKER, pursuant to 28 U.S.C. § 1446 (2012), hereby give notice of removal of the instant action presently pending in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, Case No. 12-1287 CA (12).

1.    As grounds for removal, Count I of the Complaint, entitled "First Cause of Aciton:  Civil RICO Against Defendants Benjamin Rodriguez, Luca Sartini, Luigi Palma, Unknown Co-Conspirator, Nicole Rodriguez, Angeline Dozier, Steven Gelbard, M.D., Andrew

Walker, and Jorge Gaviria-Londo, M.D.," purports to state a claim under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961, et seq.  This Court has original jurisdiction of this "federal question" pursuant to 28 U.S.C. 1331 (2012).  Pursuant to 28 U.S.C. § 1441(a), because the district court would otherwise have original jurisdiction over this matter, Defendants have a right to remove this case to this United States District Court for the Southern District of Florida.[1]

2.  Pursuant to 28 U.S.C. § 1446(a) (2012), copies of all process are attached to this Notice of Removal.

WHEREFORE, Defendants request the Court to accept removal of the instant matter and for any other relief this Court deems just, equitable and proper.

Dated this  8th  day of February 2012.

Respectfully submitted,

 s/ Brad E. Kelsky
Brad E. Kelsky (FBN:  0059307)
Email:  bradkelsky@kelskylaw.com
Law Offices of Brad E. Kelsky, P.A.
10189 Cleary Blvd.
Suite 102
Plantation, FL 33324
954.449.1400
Fax:  954.449.8986
Attorneys for Defendants, Benjamin Rodriguez, Nicole Rodriguez, Angeline Dozier, Luca Sartini, Luigi "Jimmy" Palma, Medfix, LLC, Urgent Care & Surgery Center, Inc., Jorge Gaviria-London, M.D., and Andrew Walker

---

[1] Paragraphs 15 and 36 also purport to claim that Defendant violated the Securities Act of 1933, the Securities Act of 1934, the Investment Company Act of 1940 and the "Food and Drug Administration and Federal and State drug trafficking laws."

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by CM/ECF on this 8th day of February 2012 on all counsel or parties of record in the Service List below.

                                        s/ Brad E. Kelsky
                                        BRAD E. KELSKY

Talat Kayar, Esq.
kayar@ckattorney.com
Conrad & Kayar, P.A.
224 Datura St.
Suite 915
West Palm Beach, FL 33401
561.713.2705
Fax: 561.713.2707
Counsel for Plaintiffs